# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY HUMPHREYS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-13-0098-HE |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social, ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Gregory Humphreys filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his applications for disability insurance benefits and supplemental security income. Consistent with 28 U.S.C. § 636(b), the case was referred to Magistrate Judge Charles B. Goodwin, who recommends that the Commissioner's decision be affirmed.

Plaintiff filed his applications for benefits and, after they were denied initially and on reconsideration, he requested a hearing before an Administrative Law Judge ("ALJ"). The ALJ conducted a hearing and then found that plaintiff was not disabled. The Appeals Council denied plaintiff's request for review, so the ALJ's decision became the final decision of the Commissioner.

Plaintiff raises one issue in his appeal from the Report and Recommendation. He claims the magistrate judge's "findings with regard to the Administrative Law Judge's credibility findings are post hoc justification of the ALJ's failed credibility analysis, which is improper . . . ." Doc. #21, p. 1. The court disagrees. Having conducted a de novo review,

the court concludes the magistrate judge properly determined that the ALJ's assessment of plaintiff's credibility was supported by substantial evidence and sufficiently explained.

Accordingly, the court adopts Magistrate Judge Goodwin's Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 25th day of March, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE